THOMAS S. GILLIS, Respondent, v. PIERIKA SERVICE, INC., and Others, Defendants. SAMUEL DIAMOND, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

PINCUS GLICKMAN, Respondent, v. NEW YORK BANKERS, INC., and Others, Defendants. WILLIAM MALAFSKY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

THEODORE R. HEAVNER, Respondent, v. MINNIE C. CLARKE, Individually and as Executrix, etc., of ANNA H. RITCHIE, Deceased, Appellant.— Order granting plaintiff's motion for a stay and denying defendant's motion to dismiss the complaint reversed upon the law, with ten dollars costs and disbursements, motion for stay denied, without costs, and motion to dismiss complaint granted, with ten dollars costs. Under section 40 of the Surrogate's Court Act, as amended by chapter 439 of the Laws of 1921 and chapter 100 of the Laws of 1924, the Surrogate's Court is given jurisdiction to determine whether or not the general release given by the plaintiff to the defendant was obtained by fraud. (*Matter of Cook*, 244 N. Y. 63; *Matter of Malcomson*, 188 App. Div. 600; *Matter of Raymond v. Davis*, 248 N. Y. 67.) Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

ABRAHAM K. HITTI, Respondent, v. ELIZABETH N. HITTI, Appellant.— Order and order as resettled affirmed, without costs. In the absence of a counterclaim alleging plaintiff's adultery, defendant is not entitled to a jury trial as a matter of right. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

INTERNATIONAL SILVER COMPANY, Appellant, v. ISIDOR MAYEFSKI, Respondent.— Order as resettled, dismissing complaint, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, without costs. The court is of opinion that plaintiff should be given an opportunity to try its case. The reversal is upon condition that plaintiff stipulate within ten days that the dismissal of the counterclaim be vacated and that the counterclaim be tried with the complaint. Should the plaintiff fail so to stipulate the order is affirmed, with ten dollars costs and disbursements. Young, Kapper, Carswell and Scudder, JJ., concur; Lazansky, P. J., dissents and votes to affirm, being of opinion that the discretion of the Special Term was fairly exercised and should not, therefore, be disturbed.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Lands and Premises on the Northwesterly Side of Avenue M, etc., as a Site for School Purposes. EDWARD J. GAYNOR, Respondent; THE CITY OF NEW YORK, Appellant.— Order, in so far as it taxes at $1,500 the expenses of the city of New York for the services of Edward J. Gaynor as an expert witness, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.